UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-27236 |
| Steven L Demma & Kristen K Demma | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION TO OBTAIN/INCUR DEBT & SHORTEN NOTICE

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED: The Debtor is permitted to incur the mortgage debt, with financing through Loandepot.com, LLC, with the following terms:
Real Property address: 2278 Twilight Drive, Aurora, IL, 60503
Purchase price not to exceed: $225,000
Loan Rate: 3.375% (fixed interest rate)
Loan term: 30 years
Monthly Payment: $976.70

Enter:  /s/ Donald R. Cassling

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 21, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600